FOIA Summons (12/11) (Page 2)

Civil Action No. 16-cv-02145-TSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOHN F. KERRY, in his official capacity as Secretary of State of the United States

was received by me on *(date)* 11/10/2016 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Sent via Certified Mail Tracking No. 9402 9118 9956 4404 1946 49
To:   JOHN F. KERRY,
      in his official capacity as Secretary of State of the United States
      The Executive Office
      Office of the Legal Adviser, Suite 5.600
      600 19th Street NW
      Washington, DC 20522 [Sent 11/10/2016; Delivered 11/14/2016]

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/2016

*Ashleigh LaRosa* (signature)
*Server's signature*

Ashleigh LaRosa, Paralegal
*Printed name and title*

Cause of Action Institute
1875 Eye Street NW, Suite 800
Washington, DC 20006
*Server's address*

Additional information regarding attempted service, etc:

Tracking Number: 9402911899564404194649

✓ **Delivered**

Updated Delivery Day: **Monday, November 14, 2016**

## Product & Tracking Information

**Postal Product:** Priority Mail™

**Features:** Certified Mail™ — Up to $50 insurance included Restrictions Apply

Return Receipt

## Available Actions

Return Receipt Electronic

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 14, 2016, 5:11 am | Delivered | WASHINGTON, DC 20521 |
| | Your item was delivered at 5:11 am on November 14, 2016 in WASHINGTON, DC 20521. | |
| November 13, 2016, 1:25 pm | Business Closed | WASHINGTON, DC 20520 |
| November 13, 2016, 1:24 pm | Business Closed | WASHINGTON, DC 20559 |
| November 13, 2016, 12:37 pm | Arrived at Hub | WASHINGTON, DC 20018 |
| November 12, 2016, 8:33 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| November 12, 2016, 3:05 am | In Transit to Destination | |
| November 11, 2016, 3:05 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| November 11, 2016, 2:16 am | Arrived at USPS Facility | WASHINGTON, DC 20066 |
| November 11, 2016, 1:34 am | Departed USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| November 10, 2016, 11:53 pm | Arrived at USPS Facility | SOUTHERN MD FACILITY, MD 20797 |
| November 10, 2016, 10:38 pm | Accepted at USPS Origin Facility | WASHINGTON, DC 20006 |
| November 10, 2016 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

